**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Massachusetts**
(State)

Case number (*if known*): _____  Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1:  Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

## Part 2:  Identify the Debtor

**2. Debtor's name**

KBRC Realty, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 100 South Main Street | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherborn          MA    01770 | |
| City          State   ZIP Code | City          State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Middlesex | 53 East Manning |
| County | Number     Street |
| | Enfield          CT    06082 |
| | City          State   ZIP Code |

Debtor   **KBRC Realty, LLC**
_____   Case number *(if known)*_____
Name

---

6. **Debtor's website (URL)** _____

---

7. **Type of debtor**   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other type of debtor. Specify: _____

---

8. **Type of debtor's business**   *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the types of business listed.

☑ Unknown type of business.

---

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No

☐ Yes. Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known_____
MM / DD / YYYY

Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known_____
MM / DD / YYYY

---

| Part 3: | **Report About the Case** |
| --- | --- |

10. **Venue**   *Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

11. **Allegations**   Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

| Debtor | KBRC Realty, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| BRT Management LLC | Sale of Goods/Services | $ 538,626.12 |
| Foxtrot Construction, Inc. | Sale of Goods/Services | $ 4,181.25 |
| H.L. Foster Co. | Sale of Goods/Services | $ 6,458.55 |
| | Total of petitioners' claims | $ 549,265.92 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney.  Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:    Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner** | Thomas E. Carlotto |
| BRT Managment LLC | Printed name |
| Name | DarrowEverett LLP |
| 22 Cottage Lane | Firm name, if any |
| Number    Street | 10 North Main Street, 3rd Floor |
| Pembroke          MA          02359 | Number    Street |
| City          State          ZIP Code | Fall River          MA          02720 |
| | City          State          ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | |
| Brian Wallace | Contact phone (401) 453-1200    Email |
| Name | tcarlotto@darroweverett.com |
| 22 Cottage Lane | Bar number  640277 |
| Number    Street | |
| Pembroke          MA          02359 | State  MA |
| City          State          ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4 6 2021
          MM / DD / YYYY

X  _[signature]_
Signature of petitioner or representative, including representative's title

X  /s/ Thomas E Carlotto
Signature of attorney

Date signed  05/18/2021
          MM / DD / YYYY

Debtor    KBRC Realty, LLC
_____          Case number (if known) _____
Name

**Name and mailing address of petitioner**

Name _____          Printed name _____

Number    Street _____          Firm name, if any _____

City _____  State _____  ZIP Code _____          Number    Street _____

                                                          City _____  State _____  ZIP Code _____

**Name and mailing address of petitioner's representative, if any**          Contact phone _____  Email _____

Name _____          Bar number _____

Number    Street _____          State _____

City _____  State _____  ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          ✗ _____
MM / DD / YYYY                             Signature of attorney

✗ _____          Date signed _____
Signature of petitioner or representative, including representative's title          MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name   H.L. Foster Co.          Printed name   Thomas E Carlotto
_____          _____

Number    Street   154 Agawam Avenue          Firm name, if any   DarrowEverett LLP
_____          _____

City   West Springfield   State _____  ZIP Code _____          Number    Street   10 North Main Street
_____          _____

                                                          City   Fall River   State _____  ZIP Code _____

**Name and mailing address of petitioner's representative, if any**          Contact phone   (508) 675-1576   Email   tcarlotto@darroweverett.com

Name _____          Bar number   671047
_____

Number    Street _____          State   MA
_____

City _____  State _____  ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/5/21          ✗ /s/ Thomas E Carlotto
MM / DD / YYYY                             Signature of attorney

✗ _____  Prs.          Date signed   05/18/2021
Signature of petitioner or representative, including representative's title          MM / DD / YYYY

---

Debtor     **KBRC Realty, LLC**

Name

Case number (if known)_____

| Additional petitioner claim | Name of Petitioner | Nature of claim | Amount of claim above the value of any lien. |
|---|---|---|---|
| | Fox Trot Construction Services, Inc. | Services / Goods | $ $4,181.25 |

---

**Name and mailing address of petitioner**

Foxtrot Construction, Inc.

Name

1350 Main Street, Suite 207

Number    Street

Springfield                          MA          01103

City                               State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jeffrey O'Connor

Name
See Above

Number    Street

_____

City                               State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/10/2021
          MM / DD / YYYY

**✗** _____
Signature of petitioner or representative, including representative's title

Thomas E Carlotto

Printed name

DarrowEverett LLP

Firm name, if any

10 North Main Street, 3rd Floor

Number    Street

Fall River          MA          02720

City                   State         ZIP Code

Contact phone   401-453-1200   Email _____

Bar number   640277   tcarlotto@darroweverett.com

State   MA

**✗** /s/ Thomas E. Carlotto
Signature of attorney

Date signed   05/18/2021
          MM / DD / YYYY

Continuation Sheet Involuntary Petition Against a Non-Individual

*OLF 7 (Official Local Form 7)*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re    KBRC Realty, LLC                                          Case No.

                                                                 Chapter

                    Debtor

### DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

I[We]_____Brian Wallace_____and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in ~~my~~ the involuntary petition_____ (singly or jointly the "Document"), filed electronically, is true and correct.  I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.   I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:  04/22/2021                           _____
                                             (Affiant)    Brian Wallace


                                             _____
                                             (Joint Affiant)


**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011.  I have reviewed and will comply with the provisions of MEFR 7.


Dated:  5/18/2021

                                  Signed:____/s/ Thomas E Carlotto_____
                                  (Attorney for Affiant - /s/used by Registered ECF Users Only)


205

*OLF 7 (Official Local Form 7)*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re    KBRC Realty, LLC                                    Case No.

                                                                  Chapter

                          Debtor

### DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

    I[We]_____Steven Haddad_____and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in my the involuntary petition_____ (singly or jointly the "Document"), filed electronically, is true and correct.  I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:  04/22/2021

                                      _____
                         (Affiant)    Steven Haddad

                                        _____
                         (Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

    I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011.  I have reviewed and will comply with the provisions of MEFR 7.

Dated: 5/18/2021

                         Signed:___ /s/ Thomas E Carlotto_____
                         (Attorney for Affiant - /s/used by Registered ECF Users Only)

*OLF 7 (Official Local Form 7)*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re                                                            Case No.

                                                                Chapter

                        Debtor

### DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

I[We]_____ Jeffrey O'Connor _____ and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in ~~xxx~~ the Involuntary Petition _____ (singly or jointly the "Document"), filed electronically, is true and correct.  I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 5/10/2021

                        _____
                        (Affiant)   Jeffrey O'Connor

                        _____
                        (Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:     5/18/2021

                        Signed:___/s/  Thomas E Carlotto_____
                        (Attorney for Affiant - /s/used by Registered ECF Users Only)

205